## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
## Eastern Division

Edward Martinez
                              Plaintiff,

v.                                                         Case No.: 1:07–cv–04065
                                                                                Honorable Elaine E. Bucklo

Quality Terminal Services
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 3, 2008:

       MINUTE entry before the Honorable Elaine E. Bucklo: Pursuant to Stipulation to Dismiss, this case is dismissed with prejudice. Status hearing set for 11/5/08 is now vacated. Civil case terminated. Mailed notice(mpj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.